08 FEB 27 PM 4: 53

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 0537 IEG

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF RELATED CASE |
| FRANCISCO JAVIER GARCIA-MARQUEZ, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Francisco Javier Garcia-Marquez, Criminal Case No. 08CR0379-IEG.

DATED: February 27, 2008.

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney