UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08cr0537-IEG |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| FRANCISCO JAVIER GARCIA-MARQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

>United States Attorney's Office
>880 Front Street
>San Diego, CA  92101


Dated:  March 3, 2008         /s/  Erick  L.  Guzman
                              ERICK L. GUZMAN
                              Federal Defenders
                              225 Broadway, Suite 900
                              San Diego, CA 92101-5030
                              (619) 234-8467  (tel)
                              (619) 687-2666  (fax)
                              E-mail: erick_guzman@fd.org