```
 1  KAREN P. HEWITT
    United States Attorney
 2  NICOLE ACTON JONES
    Assistant U.S. Attorney
 3  California State Bar No. 231929
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-5482
    nicole.jones@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
 8
                       UNITED STATES DISTRICT COURT
 9
                      SOUTHERN DISTRICT OF CALIFORNIA
10
    UNITED STATES OF AMERICA,     )   Case No. 08CR0537-IEG
11                                )
                  Plaintiff,      )   UNITED STATES' MOTION TO
12                                )   DISMISS INDICTMENT
            v.                    )   WITHOUT PREJUDICE
13                                )
    FRANCISCO JAVIER              )
14        GARCIA-MARQUEZ,         )
                                  )
15                Defendant.      )
    _____ )
16
```

COMES NOW, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney and Nicole Acton Jones, Assistant United States Attorney, and hereby moves to dismiss without prejudice the indictment against defendant Francisco Javier Garcia-Marquez.

DATED: April 3, 2008.

                          Respectfully submitted,

                          KAREN P. HEWITT
                          United States Attorney

                          *s/Nicole Acton Jones*
                          NICOLE ACTON JONES
                          Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0537-IEG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| FRANCISCO JAVIER GARCIA-MARQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Nicole Acton Jones, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of United States' **Motion to Dismiss Indictment Without Prejudice** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Erick Guzman, Federal Defenders

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 3, 2008.

*s/Nicole Acton Jones*
NICOLE ACTON JONES
E-mail: nicole.jones@usdoj.gov