**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     v.                       )<br>                              )<br>FRANCISCO JAVIER GARCIA-MARQUEZ, )<br>                              )<br>          Defendant.          )<br>_____) | Case No. 08CR0537-IEG<br><br>**ORDER GRANTING<br>MOTION TO DISMISS** |

    IT IS HEREBY ORDERED that the indictment against Defendant Francisco Javier Garcia-Marquez be dismissed without prejudice.

**DATED:  April 4, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge
United States District Court**