# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 08CR537-IEG |
| vs ) | ABSTRACT OF ORDER |
| FRANCISCO JAVIER ) GARCIA-MARQUEZ ) | Booking No. _____ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __4/4/08__ the Court entered the following order:

__✗__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__✗__ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__✗__ Other. __Indictment dismissed__

UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT
OR

Received _____
    DUSM

W. SAMUEL HAMRICK, JR. Clerk
by
    J. Haslam
    J. HASLAM
    Deputy Clerk

Crim-9  (Rev 6-95)                    ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY